UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SECURITIES AND EXCHANGE                                     :
COMMISSION,                                                 :
                              Plaintiff,                    :   22 Civ. 6426 (LGS)
                                                            :
              -against-                                     :   ORDER
                                                            :
MARK KLEIN, et al.,                                         :
                              Defendants.                   :
                                                            X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan and Scheduling Order, issued September 29, 2022, required the parties to file a joint status letter, as outlined in Individual Rule IV.A.2, regarding their progress in completing discovery by November 18, 2022.

WHEREAS, the parties did not file the required letter.  It is hereby

**ORDERED** that the parties shall file the required letter as soon as possible, and no later than **November 23, 2022**.

Dated: November 22, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE